Alex Asil Mashiri, Esq. (SBN 283798)
Alexmashiri@yahoo.com
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiff:
DIEGO CASANOVA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIEGO CASANOVA ) | Case No. 5:17-cv-00086-JGB-KK |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **NOTICE OF SETTLEMENT** |
| I.C. SYSTEM, INC.; and SCHLEE & ) | |
| STILLMAN, LLC. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff DIEGO CASANOVA ("Plaintiff") and Defendants I.C. SYSTEM, INC. and SCHLEE & STILLMAN, LLC have reached a settlement. The parties anticipate filing a joint motion dismissing the entire case with prejudice within 60 days. Because Plaintiff has reached a settlement with all Defendants in this case, Plaintiff respectfully requests that all pleadings and filing requirements applicable to this case, including the Case Management Conference scheduled for May 1, 2017, be vacated.

///

///

///

1 | Respectfully submitted,

2 | DATED: April 17, 2017            **MASHIRI LAW FIRM**
3 |                                             A Professional Corporation

4 |                                             By: /s/ Alex Asil Mashiri
5 |                                             Alex Asil Mashiri
                                               Attorney for Plaintiff,
6 |                                             DIEGO CASANOVA

**MASHIRI LAW FIRM**
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939